UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARTIN MARSHALL,

                Plaintiff,

  v.

DALENA OLDFIELD, JOLYNN OLDFIELD,

                Defendants.

No. C14-5592RJB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation (Dkt. 9).

(2)     This action is **Dismissed without Prejudice** for failure to state a claim and this dismissal shall **count as a strike under 28 U.S.C. § 1915(g).**

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 29th day of September, 2014.

                              ROBERT J. BRYAN
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1